IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60348
Conference Calendar

_____


MOSES CHARLES EVERETT,

                              Plaintiff-Appellant,


versus

EDWARD M. HARGETT; CHRISTINE HOUSTON,

                              Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:94-CV-128-B-B
- - - - - - - - - -
October 24, 1996
Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:*

     Moses Charles Everett, Jr., Mississippi prisoner #76894, appeals the district court's dismissal as frivolous of his 42 U.S.C. § 1983 complaint. Everett contends that the district court erred in denying him additional credit against his sentence for sexual battery. Everett's claim is precluded by the United States Supreme Court's decision in Heck v. Humphrey, 114 S. Ct.

_____

     * Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

2364, 2372-74 (1994), because the relief he seeks would imply the invalidity of his state-court sentence.  A review of the record indicates that Everett's contentions are without merit.  Everett's appeal is frivolous and is dismissed.  5th Cir. R. 42.2.

We caution Everett that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions.  To avoid sanctions, Everett is further cautioned to review all pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.